IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 04-4598

———

SVEN ALI KUHNLE, Successor Trustee of the Patricia A.
Dresch Living Trust,
*Appellant*

v.

PRUDENTIAL SECURITIES, INC.;
GE LIFE AND ANNUITY ASSURANCE COMPANY;
SANDRO J. FRANCANI
*Appellees*

———

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 04-cv-00228)
District Judge: Honorable Sean J. McLaughlin

———

Argued January 18, 2006

Before: ROTH, FUENTES, and BECKER, *Circuit Judges.*

(Filed March 9, 2006)

## JUDGMENT

This cause came on to be considered on the record from the United States District Court for the Western District of Pennsylvania and was argued on January 18, 2006.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered November 10, 2004, be and the same is hereby affirmed.

Parties shall bear their own costs.

Attest:

/s/ Marcia M. Waldron
Clerk

DATE: March 9, 2006

Certified as a true copy and issued in lieu of a formal mandate on 3/31/06.

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit

2